### *United States District Court for the Northern District of Illinois*

Case Number: 07CV6525

Assigned/Issued By: J. N.

Judge Name: ASPEN

Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1115663

Date Payment Rec'd: 11-16-07   Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 11-16-07 as to DEFENDANT
(Date)

_____

_____