AO 440 (Rev. 05/00) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
STATE OF ILLINOIS
NOV 2 6 2007
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

NOV 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Linda Lewis-Rice

V.

Prudential Insurance Company of America

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07C 6525**

ASSIGNED JUDGE: **JUDGE ASPEN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Prudential Insurance Company of America
c/o Illinois Director of Insurance
James R. Thompson Center
100 West Randolph Street, Suite 9-301
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                              DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: 11/26/07

NAME OF SERVER (PRINT): Kalinda Piper

TITLE: Office Clerk

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Illinois Division of Insurance, James R Thompson Center, 100 W Randolph St, Ste 9-301, Chicago, IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/26/07
Date

Signature of Server

55 W Monroe St Ste 2440 Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.