# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**In the Matter of**                                                  Case Number:   07-cv-06525

Linda Lewis-Rice v. The Prudential Insurance Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

| | |
|---|---|
| NAME (Type or print) <br> Daniel J. McMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Daniel J. McMahon | |
| FIRM   Wilson Elser Moskowitz Edelman & Dicker LLP | |
| STREET ADDRESS   120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP   Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)            TELEPHONE NUMBER <br> 6201590                                                                  (312) 704-0550 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☑      NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

451319.1