# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**In the Matter of**                                                                 Case Number:   07-cv-06525

Linda Lewis-Rice v. The Prudential Insurance Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

| |
|---|
| NAME (Type or print)<br>   Edna S. Bailey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   /s/Edna S. Bailey |
| FIRM   Wilson Elser Moskowitz Edelman & Dicker LLP |
| STREET ADDRESS   120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP   Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)         TELEPHONE NUMBER<br>6277775                                                                    (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

451318.1