IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA LEWIS-RICE,<br><br>           Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>           Defendant. | Case No.: 1:07-cv-06525<br><br>**Judge Marvin E. Aspen**<br>**Magistrate Judge Arlander Keys** |

## NOTICE OF MOTION

To:    *Counsel for Plaintiff*
        Mark D. DeBofsky
        Daley, DeBofsky & Bryant
        55 West Monroe Street, Suite 2440
        Chicago, Illinois 60603
        (312) 372-5200

     **PLEASE TAKE NOTICE** that on the 13th day of December, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen in Room 2568 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Defendant's Unopposed Motion for a Thirty (30) Day Enlargement Of Time In Which To File Its Answer Or Otherwise Plead To Plaintiff's Complaint,*** a copy of which is attached and is herewith served upon you.

                                                    Respectfully Submitted,

                                                    **THE PRUDENTIAL INSURANCE**
                                                    **COMPANY OF AMERICA, Defendant**

                                                    By:  */s/ Edna S. Bailey*
                                                           One of Its Attorneys

Daniel J. McMahon
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522

452451.1

2

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on December 10, 2007, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorney for Plaintiff***
Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
mdebofsky@ddbchicago.com

      parties may access this filing through the Court's system.

                                         */s/ Edna S. Bailey*
                                           Edna S. Bailey (IL 6277775)

452451.1