UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Linda Lewis–Rice
                                                               Plaintiff,

v.                                                              Case No.: 1:07−cv−06525
                                                                      Honorable Marvin E. Aspen

Prudential Insurance Company of America
                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Marvin E. Aspen dateed 12/12/07:Defendant's unopposed Motion for extension of time to answer [10] or otherwise plead to plaintiff's complaint, up to and including 1/16/08 is granted. Motion terminated. The status hearing set for 1/17/08 is reset to 1/24/2008 at 10:30 AM. The motion hearing set for 12/13/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.