# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Linda Lewis–Rice

                                    Plaintiff,

v.                                                        Case No.: 1:07–cv–06525
                                                             Honorable Marvin E. Aspen

Prudential Insurance Company of America

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 2/21/2008. Parties are to meet and hold a preliminary settlement and discovery conference. If the case is not settled, the Parties are to file a joint discovery plan, with a courtesy copy to chambers, Room 2578, prior to the status date. Status hearing continued to 4/3/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.