IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA LEWIS-RICE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6525 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Keys |
| PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

In compliance with the Court's standing order requiring a joint status report to be filed within 45 days of the filing of the Complaint, the parties submit the following: Plaintiff, Linda Lewis-Rice, is represented by attorney Mark D. DeBofsky and Daley, DeBofsky, & Bryant. Defendant, Prudential Insurance Company of America, is represented by Daniel J. McMahon and Edna S. Bailey and Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

1. Nature of claims and counterclaims:

This is a claim seeking restoration of disability income benefit payments to Plaintiff pursuant to a policy of group long-term disability insurance underwritten and insured by Prudential under Group Policy No. 41285 for the benefit of employees of CCH. This action, seeking recovery of benefits, is brought pursuant to §502(a)(1)(B) of ERISA (29 U.S.C. §1132(a)(1)(B)).

2. Scope of the case:

The principal legal issue in this case is whether Plaintiff's spinal impairments

render her disabled so as to entitle her to disability insurance payments under the contract of insurance issued and administered by Prudential.

    3.    <u>Settlement Opportunities</u>:

At the time of this filing, the parties have not engaged in any settlement negotiations although Plaintiff will be able to fully evaluate the claim and issue a settlement demand shortly after Defendant tenders its disclosures pursuant to Fed.R.Civ.P.26(a).

    4.    <u>Initial Discovery Parameters</u>:

Plaintiff has already provided her Rule 26(a)(1) disclosures. In the event this matter cannot be settled after Plaintiff makes her initial settlement demand, after reviewing Defendant's Rule 26(a) disclosures, Plaintiff will identify no more than three (3) witnesses she will seek to depose. Discovery can be completed pursuant to the following schedule:

    A.    Fact discovery completion July 31, 2008.

    B.    Expert discovery completion August 31, 2008.

    C.    Filing of dispositive motions by September 30, 2008.

    D.    Filing of final pretrial order: Within 30 days of determination of dispositive motions.

|  | Respectfully submitted, |
|---|---|
| /s/ Mark D. DeBofsky | /s/ Edna S. Bailey |
| Attorney for Plaintiff | Attorney for Defendant, Prudential Insurance Company of America |

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe Street, Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

Daniel J. McMahon
Edna S. Bailey
Wilson, Elser, Moskowitz,
   Edelman & Dicker LLP
120 N. LaSalle St., Suite 2600
Chicago, Illinois 60602
(312) 704- 0550
FAX (312) 704- 1522

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to all parties entitled to notice.

                                      /s/ Mark D. DeBofsky
                              _____
                                     Mark D. DeBofsky