UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Linda Lewis–Rice
                                         Plaintiff,

v.                                            Case No.: 1:07−cv−06525
                                                       Honorable Marvin E. Aspen

Prudential Insurance Company of America
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

       MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/1/08:Status hearing held on 5/1/2008, and continued to 6/10/2008 at 10:30 AM., for report on settlement. If the case is not settled, the parties are to file with the Court a written joint discovery plan in advance of the status date, with a courtesy copy to Chambers, Room 2578.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.