IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA LEWIS-RICE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6525 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Keys |
| PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED and agreed to by and between the parties hereto that all matters in controversy having been resolved; that this matter be dismissed with prejudice and without costs.

/s/ Mark D. DeBofsky                    /s/ Edna S. Bailey

_____          _____

Mark D. DeBofsky                        Edna S. Bailey


Daley, DeBofsky, & Bryant               Wilson Elser
55 West Monroe, Suite 2440              120 N. LaSalle St.
Chicago, Illinois 60603                 Chicago, Illinois 60602
(312) 372-5200                          (312) 704-0500

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the attorney, hereby certifies that on June 6, 2008, he served a copy of Stipulation to Dismiss by CM/ECF to all parties of record.

/s/ Mark D. DeBofsky
_____
Mark D. DeBofsky